## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Dutchess Forging*
Attn:   President/CEO
One Railroad Avenue, Building 66
Hastings-on-the-Hudson, NY 10706

_____
Mary E. Augustine (No. 4477)

619604v1